# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARCUS CAMPBELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No: 4:14-cv-00793-DGK |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC., | ) ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant's Rule 26(a)(1) Disclosures were served via e-mail transmission and U.S. Mail on the 30th day of October, 2014, on the following:

Marcus Campbell
6107 Park Avenue
Kansas City, MO 64130
truthwireless39@gmail.com

*Plaintiff, Pro Se*

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: s/ Kersten L. Holzhueter
Joshua C. Dickinson     MO # 51446
Kersten L. Holzhueter     MO # 62962
1000 Walnut St., Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216
jdickinson@spencerfane.com
kholzhueter@spencerfane.com

*Attorneys for Defendant*
*Accounts Receivable Management, Inc.*

OM 310766.1

## CERTIFICATE OF SERVICE

On October 30, 2014, the foregoing was filed electronically with the United States District Court for the Western District of Missouri, with notice of case activity generated and sent to all registered parties, and a copy was served via electronic mail and U.S. Mail, to:

Marcus Campbell
6107 Park Avenue
Kansas City, MO 64130
truthwireless39@gmail.com

*Plaintiff, Pro Se*

        s/ Kersten L. Holzhueter
*Attorney for Defendant*
*Accounts Receivable Management, Inc.*